# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

WILLIE MACK CAULEY, JR.

NO. 2026 KW 0685

**JULY 1, 2026**

---

In Re:   Willie Mack Cauley, Jr., applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, Nos. 2550-F-2021, 3803-F-2022, 3804-M-2022.

---

**BEFORE:   THERIOT, LANIER, AND MILLER, JJ.**

**STAY DENIED. WRIT DENIED.** Relator has not briefed any assignments of error or pointed to any specific ruling of the trial court for this court to consider. Applications which consist of nothing more than a list of claims or statutory authority without specific factual support present nothing for this court to review.

**MRT**
**WIL**
**SMM**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT